# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS CONSTRUCTION, INC. a California Corporation and JAMIE D. FREED, an Individual,<br><br>Defendants. | Case No.: 2:23-CV-02707-MRA-JC<br><br>**JUDGMENT AGAINST PLAINTIFF NAUTILUS INSURANCE COMPANY AND IN FAVOR OF DEFENDANT DREAMWORKS CONSTRUCTION, INC. AND DEFENDANT JAMIE FREED** |

This action came for consideration before the Court on Plaintiff's Motion for Summary Judgment and Motion for Judgment on the Pleadings (Dkt. Nos. 58 and 102), and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered (Dkt. No. 123),

IT IS ORDERED, ADJUDGED, AND DECREED:

1. That judgment be, and hereby is, entered in favor of Defendant DREAMWORKS CONSTRUCTION, INC. ("Dreamworks") and

Defendant JAMIE FREED (collectively "Defendants") and against NAUTILUS INSURANCE COMPANY ("Nautilus") on all claims;

2. That Defendants should be allowed to recover their costs as the prevailing parties to the extent permitted by law and Federal Rule of Civil Procedure 54(d)(1); and

3. That any motion for attorney's fees and related nontaxable expenses must be made by motion pursuant to Federal Rule of Civil Procedure 54(d)(2).

**IT IS SO ORDERED.**

DATED: September 30, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

JUDGMENT AGAINST PLAINTIFF NAUTILUS INSURANCE COMPANY AND IN FAVOR OF DEFENDANT DREAMWORKS CONSTRUCTION, INC. AND DEFENDANT JAMIE FREED